
FILED
CLERK, U.S. DISTRICT COURT

[ ] 2 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR- 10-00989 GHK (2) |
| v. <br> Deisy Gallardo, <br> DEFENDANT(S). | ORDER FOR TEMPORARY DETENTION <br> 18 USC §3142(d) |

The Court finds that the above-named defendant:

[X]  is / was at the time of commission of a federal / state / local offense on release:

    [ ]  pending trial for a felony

    [X]  pending imposition / execution of sentence

    [ ]  pending appeal of sentence / conviction

    [ ]  pending completion of sentence

    [ ]  probation / parole for any offense

    [ ]  is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and  [X]  may flee

    [X]  pose a danger to a person or the community as follows: _nature of alleged pre-trial release violation_

IT IS ORDERED that the defendant be detained for a period ~~not to exceed ten (10) court days.~~ _to August 11, 2011 at 11:00 a.m. for violation hearing, or until earlier further order of court._

IT IS FURTHER ORDERED that the U.S. Attorney notify:_____
                                             *Appropriate Court*

_____,  _____,  _____
 *Probation or Parole Officer*      *State or local law enforcement*      *INS*

IT IS FURTHER ORDERED that if _____fails or declines to take
               *State Name of Appropriate Official*

custody of defendant, a further bail hearing shall be set on _____ at _____ A.M. / P.M.

in Courtroom _____

DATED: _July 27, 2011_

_____
U. S. DISTRICT JUDGE / MAGISTRATE JUDGE

M-8 (6/98)      ORDER FOR TEMPORARY DETENTION - 18 USC §3142(d)